CIVIL DOCKET
UNITED STATES DISTRICT COURT

C. Form No. 106 Rev.

3-70-4100-R
Garland School Case

Garland I.S.
DC
R

| TITLE OF CASE | ATTORNEYS |
|---|---|
| | ATTORNEY'S CONTINUED NEXT PAGE |
| UNITED STATES OF AMERICA, Plaintiff, | For plaintiff: JOHN N. MITCHELL, Atty Gen of U.S.A.<br>Jerris Leonard, Ass't " "<br>Brian K. Landsberg, Atty Dept of Justice<br>Joseph D. Rich, Atty, " " "<br>Wash. D.C. 20530 |
| v. | Eldon B. Mahon, U. S. Attorney<br>✓ Charles Cabaniss, Asst<br>Charles O. Ory |
| THE TEXAS EDUCATION AGENCY, DR. J.W. EDGAR, Commissioner of Education; FERRIS INDEPENDENT SCHOOL DISTRICT, CAL P. WESTER, Superintendent; GARLAND INDEPENDENT SCHOOL DISTRICT, GLEN B. COUCH, Superintendent; LUBBOCK INDEPENDENT SCHOOL DISTRICT, EDWIN H. IRONS, Superintendent; RICHARDSON INDEPENDENT SCHOOL DISTRICT, J. J. PEARCE, Superintendent; SAN ANGELO INDEPENDENT SCHOOL DISTRICT, G. B. WADZECK, Superintendent; WICHITA FALLS INDEPENDENT SCHOOL DISTRICT, C. H. KIRBY, Superintendent; Defendants. | For defendant: for Garland: Earl Luna<br>✓ Earl Luna<br>~~Dallas Federal Savings Bldg.~~ 2416 LBJ Fwy.<br>Dallas, Texas 1525 Elm 75201<br>720-2040<br>For Texas Education Agency & Dr. J.W. Edgar, Commr. of Education:<br>Crawford C. Martin, Atty.Gen.of Tex<br>Pat Bailey, Assistant<br>✓ James McCoy, Assistant<br>Box 12548, Capitol Station<br>Austin, Texas 78711<br>✓ Kevin O'Hanlon - Asst A/G |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | |
| J.S. 6 mailed APR 30 1985 | Marshal | | | | | |
| Basis of Action: CIVIL RIGHTS ACT CLASS ACTION | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

CLOSED 1985
APR 30 1985

CA-3-4100



| ATE 1970 | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| ug.19 | Filed ORDER severing and setting dates for hearin g . Hearing set 2 P.M. Aug. 19, 1970. JEE (Before Jg.Taylor) | |
| ıg.21 | Filed ORDER: Garland ISD shall collaborate with the Dept. of Health, Education and Welfare in preparing a plan for the operation of a unitary nondiscriminatory school system...to include all information necessary for review of such plans, incl. bus route maps, pupil locator maps, school locator maps and school capacities and enrollments, and to be completed by 8-25-70. Where there is no agreement between the United States and the Garland I.S.D., defendant school district and the United States shall file their respective plans with the Court on or before 2:00 P.M. 8-25-70, and this Court will hold such hearings as may be necessary during the week of 8-25-70. ORDERED that the commencement of the 1970-71 school year for Garland I.S.D. shall begin on schedule 8-27-70. | WMT,Jr. |
| | Copy of above Order to U.S. Attorney and to Earl Luna. | |
| . 10 | Filed ORDER regarding separate plans filed by plaintiff and defendant | WMT,. |
| | Mailed certified copies of above Order by certified mail to U. S. Attorney (#222867) and to Atty. Earl Luna #222868. | |
| | Certified mail #222870 to U.S. Atty.Gen.John N. Mitchell, Washington | |
| | Certified mail #222872 to Justice Dept.Attorneys, Washington | |
| | Certified mail #222871 to Atty. General of Texas, Austin | |
| 1 | | |
| 22 | Filed cert.copy of Order from Ct. of Appeals denying Mtn.for stay of trial court's order pending review--#71-1061 U.S.Ct. of Appeals (appeal from U.S. Dist. Ct. for ENT) | |
| 75 | | |
| 23 | Filed Deft's SUPPLEMENTAL REPORT(Original only) [illegible] | |
| 1978 | | |
| 1979 | | |
| y 1 | Filed GARLAND INDEPENDENT SCHOOL DISTRICT ETHNIC COMPOSITION REPORT RELATING TO: PUPIL MEMBERSHIP - CLASSROOM TEACHERS - PROFESSIONAL STAFF. (Original to Judge Taylor.) | |
| 14 | Filed ORDER appointing H. A. (Bud) Walker, Karon Dossett and Rhonda McDowell to fill vacancies on the Bi-Racial Committee<br>Cys mld to Walker, Dossett and McDowell and to attys of record | WMTJr |
| 30 | Filed GISD'S ETHNIC COMPOSITION REPORT RELATING TO PUPIL MEMBERSHIP-CLASSROOM TEACHERS - PROFESSIONAL STAFF | |
| 10 | Filed Letter to WMTJr from Marvin D. Roden enclosing GISD's Choice of School Information for 1979-80 and 1980-81 School Years [illegible] | |
| 7 | Filed ORDER appointing Deidra (Dee) Culp to Bi-Racial Committee (cys to counsel) | WMTJr |
| 1981 | | |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| USA | THE TEXAS EDUCATION AGENCY, et al | CA-3-4100-D<br>DOCKET NO. 1A<br>PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|

ATTY'S CONTINUED:

Intervenor Garland Branch of NAACP:
Grover G. Hankins, General Counsel
NAACP Special Contribution Fund
4805 Mt. Hope Dr.
Baltimore, MD. 21215-3297
301/358-8900
and
Edward B. Cloutman, III
MULLINAX, WELLS, BAAB & CLOUTMAN
8204 Elmbrook Dr., Suite 200
Dallas, TX. 75247 214/939-9222

ADDRESS CHANGE

~~Attny for James Edward Perry:~~
~~Jefferson K. Brim III~~
~~BRIM & ARNETT~~
Jeremiah Glassman
Civil Rights Division
U.S. Dept. of Justice
Room 7724
10th & Constitution Ave., N.W.
Washington, D.C. 20530

Edward B Cloutman, III
MULLINAX, WELLS, BAAB & CLOUTMAN, PC
3301 Elm St
Dallas, TX. 75226-1637
(214)939-9222

Attny for James Edward Perry:
~~Jefferson K. Brim III~~
~~505 East Huntland, Ste 230~~
~~Austin, TX 78752~~
(512) 458-1301

Multi-Ethnic Committee
Arjanette Fisher
2821 Apple Valley Dr.
Garland, TX. 75043

Earl Luna
4411 Central Bldg
4411 N Central Expy
Dallas, TX 75205

5/31/95
Multi-Ethnic Committee:
Mr. B. J. Williams
617 San Carlos Drive
Garland, TX 75043

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | DOCKET NO. CA3-4100-C |
|---|---|---|
| ~~GARLAND DISD~~ UNITED STATES | THE TEXAS EDUCATION AGENCY, ET AL | PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 May 4 | | Filed GARLAND INDEPENDENT SCHOOL DISTRICT ETHNIC COMPOSITION REPORT |
| 1982 Jan 6 | | Filed ORDER appointing Steve Pike to the Bi-Racial Committee due to graduation of Rhonda McDowell WMTJr<br>Cys mld to counsel of record<br>Cy mld to Steve Pike at 1713 Towbridge, Garland, Tx 75042 |
| Apr 28 | | Filed GISD'S ETHNIC COMPOSITION REPORT RELATING TO PUPIL MEMBERSHIP, CLASSROOM TEACHERS AND PROFESSIONAL STAFF |
| 1983 May 12 | | Filed GISD'S ETHNIC COMPOSITION REPORT RELATING TO PUPIL MEMBERSHIP, CLASSROOM TEACHERS AND PROFESSIONAL STAFF |
| Sep 13 | | Filed ORDER appointing PAULETTE WILLIS and JOHN TAYLOR to fill vacancies on the Bi-Racial Committee WMTJr<br>Cys mld to counsel of record |
| 1984 | | REASSIGNED 2-3-84 TO JUDGE Hill |
| Apr 13 | | Filed ORDER that this cause is set for informal conference before the Honorable Robert M. Hill on April 27, 1984, at 11:00 a.m. Dkt'd 4-13-84 RMH<br>copies mailed to counsel. |
| Apr 19 | | Filed ORDER...The Order entered by this Court on april 13, 1984, setting this cause for an informa conference on April 27, 1984 at 11:00 a.m. is vacated. RMH<br>dkt'd 4-19-84 copies mailed to counsel. |
| Apr 19 | | Filed ORDER...**ORDERED** that this cause be transferred to the docket of the Honorable W. M. Taylor and that pleadings filed hereafter reflect the docket number CA3-4100-C. Dkt'd 4-19-84 RMH<br>copies mailed to counsel. |
| May 8 | | Filed GARLAND INDEPENDENT SCHOOL DISTRICT ETHNIC COMPOSITION REPORT. (original only -filed per Dan Purdy) ~~original to Judge~~ returned 5-8-84 |
| Oct 2 | | **Filed ORDER...The Court's Order of Sep 10, 1970, provided for the creation of a Bi-Racial Committee with powers and duties as prescribed therein. There are presently two vacancies on the Bi-Racial Committee due to the graduation of Paulette Willis, a Black student, and John Taylor, a White student. To fill these vacancies, the Court hereby appoints Teresa Jean Lockett and Larry Cannon.**<br>**Dkt'd 10-3-84 WMT,Jr/bh**<br>**copies mailed to counsel** |
| 1985 FEB 22 | | REASSIGNED 2-22-85 TO JUDGE Buchmeyer bh<br>Ctc cy |

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | Garland Independent School District | CA-3-4100-R DOCKET NO. PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1985 | | |
| Apr 1 | | Closed case per instructions from Judge Buchmeyer based upon Order dated September 10, 1970. cp |
| Sept 25 | | **ORDER** . . . The Court hereby appoints Allison Adair and Reginald Brown to fill two vacancies on the Bi-Racial Committee with powers and duties described herein. Dkt'd 9-25-85 . . . copies mailed to counsel. JB/ms |
| May 15 | | **ORDER**...9-10-70 Order provided for the creation of a Bi-Racial Committee with powers and duties as prescribed therein. There are presently two vacancies on the Bi-Racial Committee due to the resignation of Mr. H.A. (Bud) Walker and Mr. Fred Stephens. To fill these vancancies, the Court hereby appoints Mr. Gerry B. Cooper and Mrs. Doris McDaniel. Dkt'd 5-19-86. cy. to counsel. JB/tn |
| June 30 | | **ORDER**....The court appoints Timothy Cavitt to fill the vacancy on the Bi-Racial Committe. Dkt'd 6-30-86. cys. to csl. JB/tn |
| 1986 | | |
| Oct 3 | | MOTION TO INTERVENE (Intervenor/Plaintiff)(9) ms |
| | | BRIEF IN SUPPORT OF MOTION TO INTERVENE (Intervenor/Plaintiff)(3) ms |
| Oct 20 | | DEFENDANT'S OPPOSITION TO NAACP'S MOTION TO INTERVENE. (3) cf |
| Oct 20 | | BRIEF IN SUPPORT OF DEFENDANT'S OPPOSITION TO NAACP'S MOTION TO INTERVENE. ([illegible] |
| Oct 27 | | RESPONSE OF THE UNTIED STATES TO MOTION TO INTERVENE (4) skb |
| | | MOTION FOR SUPPLEMENTAL RELIEF (U.S.A.)(6) skb |
| | | MEMORANDUM OF THE UNITED STATES IN SUPPORT OF MOTION FOR SUPPLEMENTAL RELIEF (12) skb |
| Nov 14 | | GARLAND INDEPENDENT SCHOOL DISTRICT'S RESPONSE TO MOTION FOR SUPPLEMENTAL RELIEF (28) pm |
| | | BRIEF IN SUPPORT OF GARLAND INDEPENDENT SCHOOL DISTRICT'S RESPONSE TO MOTION FOR SUPPLEMENTAL RELIEF (Garland Indept School Dist.) (16) pm |
| Dec 29 | | DEFT'S UPDATED STATUS REPORT (3 + exhibits) ljs |
| Dec 30 | | MOTION TO REALIGN AS PARTY & REQUEST FOR SUPPLEMENTAL RELIEF (State of Texas)(4) ljs |
| ec 31 | | **ORDER**...re ct's order of 9/10/70...to fill vacancy on Bi-Racial Committee the ct hereby appoints Yvonne Wallace (1) cc to counsel JB/ljs |

next page

111A
ev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CA3-4100-R |
|---|---|---|
| U.S.A. | THE TEXAS EDUCATION AGENCY, et al | PAGE 5 OF ___ PAGES |

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| an 5 | | **ORDER**...Garland branch of the NAACP's motion to intervene is hereby granted & the clerk is hereby directed to file the complaint in Intervention (1) cc to counsel JB/ljs |
| an 8 | | **ORDER**...motion of State of Texas for realignment as a party pltf is GRANTED (1) DKT-D 1-9-87 cc to counsel JB/ljs |
| Feb 3 | | INTERVENOR/PLTF GARLAND BRANCH OF THE NAACP'S MOTION FOR PRELIMINARY INJUNCTION (5) ljs |
| | | BRIEF IN SUPPORT OF INTERVENOR/PLTF'S MOTION FOR PRELIMINARY INJUNCTION(4) ljs |
| Feb 23 | | GARLAND INDEPENDENT SCHOOL DISTRICT'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION (5 + exhibits) ljs |
| | | BRIEF IN SUPPORT OF GARLAND'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION (9) ljs |
| Mar 3 | | **MINUTE ORDER**...Ct reporter Joe Belton...Hearin on intervenor NAACP's, motion for prel. inj....Ct's ruling fm bench...mot. for preliminary injunction GRANTED to following extent: The Ct will not enjoin GISD fm planning but willr equire GISD to plan for 3 alternatives as directed in open ct; GISD not to enter into a binding contract for construction of new schools w/out court approval; & other relief as announced in ct. (1) JB/ljs |
| Mar 19 | | DEFT'S MOTION FOR APPROVAL OF RENOVATIONS (GISD)(4) ljs |
| | | **ORDER...GISD's motion for approval of renovations is granted & is authorized to enter into contracts w/Wegner Commercial Corp. (1) cc to counsel by Earl Luna JB/ljs** |
| Apr 3 | | **MINUTE ORDER**...conf. w/counsel re: status of case...ct needs a response to proposed plans. TRIAL set 5/4/87...conference 4/16/87 (1) JB/ljs |
| Apr 6 | | **ORDER GRANTIN PRELIMINARY INJUNCTION** ...deft GISD begin and/or continue all planning necessary for use of Austin Middle School as regular middle school facility for coming school year......see order for specifics... (4) cc to counsel JB/ljs |
| Apr 14 | | **ORDERED**...Deft's motion for approval of renovations and/or Additions to existing bldgs in connection w/10 elementary schools... is hereby approved... see order for specifics (2) cc to counsel by atty JB/kps |
| | | INTERVENOR/PLTF'S RESPONSE TO DEFT'S MOTION FOR APPROVAL OF RENOVATIONS AND/OR ADDITIONS TO EXISTING BLDGS(2) ljs |
| | | DEFT'S MOTION FOR APPROVAL OF RENOVATIONS AND/OR ADDITIONS TO EXISTING BLDGS (4) SEE ORDER ABOVE ljs |
| Apr 16 | | MINUTE ORDER...conference w/counsel re: trial...pre-trial stmt due 4/24/87; proposed findings due week of 4/27th. Exhibits due week of 4/27th; trial set 5/4/87 at 8:30. Ct reporter: JOe Belton (1) JB/kps |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| USA | GARLAND INDEPENDENT SCHOOL DISTRICT | CA3-4100-R<br>PAGE 6 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 | | |
| Apr 24 | | PRETRIAL STATEMENT OF INTERVENOR/PLTF GARLAND BRANCH OF NAACP (5) kps |
| | | INTERVENOR/PLTF GNAACP'S PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW (7) kps |
| | | SUPPLEMENTAL PRETRIAL STATEMENT & WITNESS SUMMARY (GNAACP) (2) kps |
| ** May 1 | | DEFT GARLAND INDEPENDENT SCHOOL DISTRICT'S SUPPLEMENTAL EXHIBIT LIST (2) kps |
| | | SUPPLEMENTAL WITNESS LIST & SUMMARY OF TESTIMONY (Garland Indep School Dist) (2) kps |
| | | SUPPLEMENTAL TO PRETRIAL STATEMENT OF DEFT GARLAND INDEPT SCHOOL DISTRICT (2) kps |
| May 4 | | MINUTE ORDER...conference w/counsel & parties JB/kps |
| | | MINUTE ORDER... counsel presented settlemt agreement to court-hearing for approval of settlement 5/6/87 @ 9:00 & trial of remaining issues 5/6/87 JB/kps |
| | | GARLAND INDEPENDENT SCHOOL DISTRICT'S TRIAL BRIEF (10) kps |
| MAY 6 | | **MINUTE ORDER**...Hearing held @9:00 A.M. regarding Court approval of settlement. NAACP's cnsl, Ed Cloutman to present formal order. Court needs report on Bi-racial Committee due 6-6-87 w/resp. due 6-16-87. Court recessed @10:00. **JB**/kds |
| | | PROPOSED SETTLEMENT. (3) kds |
| May 12 | | GARLAND INDEPENDENT SCHOOL DISTRICT: ETHNIC COMPOSITION REPORT RELATING TO: PUPIL MEMBERSHIP, CLASSROOM TEACHERS, PROFESSIONAL STAFF, APRIL 15, 1987 (15+) (under separate cover) kps |
| ** Apr 30 | | DEFT GARLAND INDEPENDENT SCHOOL DISTRICT'S EXHIBIT LIST (6) kps |
| | | DEFT GARLAND INDEPENDENT SCHOOL DISTRICT'S PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW (4) kps |
| | | WITNESS LIST & SUMMARY OF TESTIMONY (Garland Indep School) (4) kps |
| | | PRETRIAL STATEMENT OF DEFT GARLAND INDEPENDENT SCHOOL DISTRICT (5) kps |
| July 13 | | GARLAND INDEPENDENT SCHOOL DISTRICT'S JUNE 20, 1987 QUARTERLY REPORT (11) kps |
| July 14 | | **AGREED JUDGMENT...establishmentof Gifted/Talented Magnets @ the Hillside & Kimberlin Ele entary Schools; Addition of ethnicity as a factor affecting student assignment in the Freedom of Choice Plan...further ordered that in view of the agreed-upon ethnic parameters for all new schools, the Preliminary Injunction entered on 4/7/87 is DISSOLVED...see order for specifics (5) cc to counsel Dkt-d 7/15/87** JB/kps |

(NEXT PAGE)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | GARLAND INDEPENDENT SCHOOL DISTRICT | CA3-4100-R DOCKET NO. ____ PAGE 7 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1987 | | | |
| July 30 | | APPLICATION OF INTERVENOR/PLTF FOR ATTYS' FEES (Garland Branch of the N.A.A.C.P.) (15+) | kps |
| | | MEMORANDUM BRIEF IN SUPPORT OF INTERVENOR/PLTF'S APPLICATION FOR ATTYS' FEES (3) | kps |
| | | ITEMIZED STATEMENT OF COSTS EXPENDED BY INTERVENOR/PLTF GNAACP FM 9/4/88 THRU 6/30/87 (3) | kps |
| Aug 10 | | DEFENDANT'S RESPONSE TO APPLICATION OF INTERVENOR/PLAINTIFF FOR ATTORNEY'S FEES (7) | shp |
| Aug 18 | | **MINUTE ORDER**...Conference w/counsel re multi ethnic commission @ 1:00 pm; Attys present: Cloutman-NAACP & E Luna for GISD (1) | JB/kps |
| Oct 28 | | INTERVENOR GARLAND BRANCH OF THE NAACP'S SUPPLEMENTAL APPLICATION FOR ATTYS' FEES (5) | kps |
| | | ITEMIZED STATEMENT OF COSTS EXPENDED BY INTERVENOR/PLTF GNAACP FROM 7/1/87 THRU 10/26/87 (2) | kps |
| Nov 12 | | **ORDER...pursuant to this Ct's Order of 7/14/87, relative to the composition of the advisory committee to the Ct, the Ct orders that the advisory committee be composed & operate as follows: (1) Committee shall be composed of 12 memers & shall be known as the Multi-Ethnic Committee...see order for specifics (5) cc to counsel Dkt-d 11/12/87** | JB/kps |
| Nov 17 | | **JUDGMENT REGARDING ATTYS' FEES...Ordered, Adjudged & Decreed that intervenor/pltf Garland Branch of the NAACP counsel recover fm Garland Independent School District the sum of $39,280.00 as attys' fees & sum of $3,786.40 as costs for a total of $43,066.90. Such amt shall draw interest according to law fm the entry of this Jdgmt...see order for reasons (4) cc to counsel Dkt-d 11/18/87** | JB/kps |
| Dec 14 | | JUDGE BUCHMEYER'S LETTER TO ATTY E LUNA RE A PROPOSED MODIFICATION IN THE FREEDOM OF CHOICE PLAN FOR 1988-89 (1) | kps |
| | | LETTER FM ATTY E LUNA TO JUDGE BUCHMEYER RE THE SCHOOL'S PROPOSAL ON HOW THE SCHOOL PLANS TO REACH THE ETHNIC RATIO GOALS SET FORTH IN THE AGREED JUDGMT (2) | kps |
| | | LETTER & PROPOSED ADMINISTRATIVE CHANGES IN THE 1988-89 FREEDOM OF CHOICE PLAN OF THE GARLAND INDEP SCHOOL DISTRICT TO JUDGE BUCHMEYER FM JILL SHUGART, SUPERINTENDENT OF GARLAND SCHOOL DISTRICT (15+) | kps |
| | | LETTER RO JUDGE BUCHMEYER FM ATTY E CLOUTMAN RE NO OBJECTION TO THE PROPOSED ADDITIONAL REMEDIES SET FORTH BY JILL SHUGART PROPOSAL (1) | kps |
| 1988 | | | |
| JAN. 19 | | SATISFACTION OF JUDGMENT. (Garland Independent School District) (1) | kds |
| March 4 | | QUARTERLY REPORT TO JUDGE BUCHMEYER 3/1/88 (15+) (under separate cover) | kps |
| April 20 | | ANONYMOUS LETTER FM A MOTHER RE DISCRIMINATION AGN HER CHILDREN IN GARLAND ISD (3) | kps |

-Over-

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| U.S.A . | THE TEXAS EDUCATION AGENCY, et al | CA3-4100-R DOCKET NO. PAGE 8 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1988 April 27 | | INTERVENOR/PLTF GARLAND BRANCH OF THE NAACP'S MOTION FOR CLARIFICATION (4) | kps |
| Jul 7 | | LETTER TO COUNSEL OF RECORD that there will be an informal conference in Judges Chambers on July 27, 1988 at 11:00 am. cpy cnsl 7/7 - dkt 7/8 | JB/gs |
| Jul 11 | | INTERVENOR/PLAINTIFF GARLAND NAACP's MOTION FOR FURTHER RELIEF. (5) | gs |
| Jul 11 | | BRIEF IN SUPPORT OF INTERVENOR/PLTF MOTION FOR FURTHER RELIEF. (3) | gs |
| Jul 25 | | ANSWER OF GARLAND INDEPENDENT SCHOOL DISTRICT TO INTERVENOR/PLAINTIFF NAACP'S MOTION FOR FURTHER RELIEF. (5) | gs |
| | | BRIEF IN SUPPORT OF THE ANSWER OF GARLAND INDEPENDENT SCHOOL DISTRICT TO INTERVENOR/PLAINTIFF GARLAND NAACP'S MOTION FOR FURTHER RELIEF. | gs |
| Jul 27 | | M.E. - Conference at 11:00 am. | |
| Aug 25 | | Letter from Jan Flashing Student at South Garland to Judge Buchmeyer. | gs |
| Aug 25 | | Letter from Harry Lewty of Garland to Judge Buchmeyer. | gs |
| Aug 30 | | Letter frp, Cheryl Adams to Judge Buchmeyer. cc to Cnsl. | gs |
| Aug 30 | | Letter from Sandra G. Dyess to Judge Buchmeyer cc cnsl. | gs |
| Aug 30 | | Letter from Arlene E. Johnson to Judge Buchmeyer. cc cnsl. | gs |
| Sep 21 | | Quarterly Report of Garland Independent School District to Judge Buchmeyer. (Under separate cover. | gs |
| Sep 28 | | M.E. 2:00 Conference. | gs |
| Sep 29 | | Letter to Counsel of Record from Judge Buchmeyer that Discovery will be completed by 11/21/88 and final pretrial conference for class certif., hearing set for 12/2/88 at 10:00 am. Mailed to cnsl 9/29 | JB/gs |
| Nov 14 | | LETTER from Judge Buchmeyer to all Counsel of Record re: letter from Mr. stan Fong, Chairman of the GISD Multi-Ethnic Committee. | gs |
| Nov 14 | | LETTER From Stan Fong Chairman GISD Multi-Ethnic Committee. | gs |
| Nov 17 | | Letter from Judge Buchmeyer to Mr. Heath Kennell re: Transportation matter. | gs |
| | | LETTER from Heath Kennell Vice Chairman of Multi Ethnic kCommittee. | gs |
| Nov 21 | | INTERVENOR/PLTFS LIST OF WITNESSES AND EXHIBITS. (2) | gs |
| Nov 21 | | INTERVENOR/POTFS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. (4) | gs |

SEE NEXT PAGE

CIVIL DOCKET CONTINUATION SHEET

PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE 10 OF ____ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| ep 21 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER SEPT 20, 1989 rw |
| ct 20 | | MOTION TO INTERVENE AS A THIRD PARTY/PLAINTIFF(15+) James Edward Perry svc |
| | | BRIEF IN SUPPORT OF MOTION TO INTERVENE AND APPLICATION FOR TEMPORARY RESTRAINING ORDER(3) James Edward Perry svc |
| | | CERTIFICATE OF CONFERENCE(1) (intervenor-3rd party plnt svc |
| | | APPLICATION FOR TEMPORARY RESTRAINING ORDER (3) Intervenor/3rd party plnt svc |
| | | **TEMPORARY RESTRAINING ORDER**...All deft are restrained from disqualifying Tony Perry from participating in varsity athletics, bond waived. Deft shall appear on 10-26-89 at 9:00 am court will hear intervenor's request for a prliminary injunction(2) JB/svc<br>cc to cnsl by Jefferson Brim Plnt/intervenor/dkt 10-23-89 |
| :t 31 | | ANSWER OF GARLAND INDEPENDENT SCHOOL DISTRICT TO APPLICATION FOR TEMPLORARY RESTRAINING ORDER AND INJUNCTION (deft) (5) klm |
| v 8 | | DEFENDANT UNIVERSITY INTERSCHOLASTIC LEAGUE'S RESPONSE AND ANSWER TO JAMES PERRY'S MOTION TO INTERVENE(3) svc |
| ov 13 | | LETTER from Judge Buchmeyer to Counsel of Record re: Letter rec'd from Juanita, 2nd Vice-President, Garland Branch, NAACP(15+) JB/svc |
| v 17 * | | Received Deft Exhbs 1, 2, 3, 4; Received Respondent UIL's #2; Received Exhb "A" NOTICE OF SCHOOL DESEGREGATION PLAN UNDER TITLE VI...; Exhb "B" DISTRICT EXECUTIVE COMMITTEE; Exhb "C" 9-28-89 letter to Earl Luna from Bailey Marshall, University Interscholastic League, AFFIDAVIT of James Edward Perry; Received Int. #1 Senior High School Guide. ns |
| ov 15* | | MINUTE ORDER...1:30 pm hearing on TRO ruling from the bench; motion denied Crt rpt Joe Belton(1) JB/svc |
| )ec 5 | | **ORDER**...In accordance with this Court's order of 12-19-88, the following H.S. Students are appointed as an ex-officio student member of the Multi-Ethnic Committee. Jo Sharp, Heath Kennell, Roxann Henry Elvia Flores, Everett Jackson, Vernal Lister, Stan Fong, Donna Trammel Maylynn Wilkerson, Manuel Garcia, Kimberly Polk Thao Phan(1) JB/svc<br>cc to cnsl 12-5-89/dkt 12-6-89 |
| ec 7 | | **ORDER**...Courts order of 12-5-89 is amended as follows: In accordance w/this courts order of 12-19-88, the following are appointed as regular members & as student ex-officio members of the Multi-Ethnic Committee as an advisory committee to the court:<br><u>Regular Members:</u> Jo Sharp, Heath Kennell, Roxann Henry, Cash Birdwell, Sandi Driver, Elvia Flores, John D. Delgado, Tony Torres, Everett Jackson, Vernal Lister, Donna Trammel, Stan Fong<br><u>Student Ex-Officio Members:</u> Maylynn Wilkerson, Manuel Garcia, Kimberly Polk Thao Phan(1)<br>cc to cnsl 12-7-89/dkt 12-8-89 JB/svc |

SEE NEXT PAGE

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| USA | THE TEXAS EDUCATION AGENCY, et al | CA3-4100-R<br>PAGE 9 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1988** | | | |
| Nov 25 | | DEFEMDAMT's PEOPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW.(6) | gs |
| | | DEFENDANT'S LIST OF WITNESSES AND EXHIITS. 93) | gs |
| Nov 28 | | RESPONSE OF THE UNITED STATES TO THE COURT'S LETTER OF 9/29/88. (3) | gs |
| Dec 19 | | **ORDER**...re: Amendment of order of 11/12/87 and the court hereby orders that the Multi-Ethnic Committee shall include four ex officio student members (Non-voting) which shall consist of at least 1 balck, 1 white, 1 Hispanic and 1 Oriental/Asian that each high school in the School District shall have an ex officio student member of the committee and that when and if an additional high school is opened and fully operative with a senior class, that high school should likewise have an ex officio member of the Multi Ehtnic Committee.<br>cpy cnsl 12/20 - dkt 12/21 | JB/gs |
| Dec 19 | | **M.E.** **9:00 am** - Hearing on Motion for further relief. recess 12:00 1:30 hearing continued 3:40 recess. | gs |
| Dec 20 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER DECEMBER 20, 1988 (15+)(under separate cover) | dth |
| **1989** | | | |
| Jan 19 | | **ORDER**... that the following high school stufents are appointed as and ex officio student memeber of the Mult Ethnic Committee established as an advisory committee to the court - Margaret Martinez - Lakeview H.S.; Kiberly Polk - Sth Garland H.S.<br>cpy cnsl 1/20 - dkt 1/14 | JB/gs |
| Jan 20 | | Letter from Judge Buchmeyer to Mr. Stan Fong Chairman Multi Ethnic Committee. | gs |
| Mar 16 | | Letter from Judge Buchmeyer to Mr. Luna cnsl of record. | gs |
| Mar 20 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER, MARCH 20, 1989 (under separate cover)(15+) | dth |
| Jun 21 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER, June 20, 1989 | rw |
| Aug 23 | | **MINUTE ORDER**...hearing on mot for relief by pltf on 8-23-89; reporter Joe Belton (1) | JB/rw |
| Aug 25 | | TRANSCRIPT OF COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW, before the Honorable Judge Buchmeyer of 8-23-89, ct reporter Joe Belton | rw |
| Sept 12 | | **ORDER RELEASING EXHIBITS TO THE PARTIES**...the clerk is hereby instructed to release all trial exhibits pertaining to the South Garland High School flag issue to the appropriate parties (1)<br>cc to cnsl 9/12/89 dkt-d 9/14/89 | JB/rw |

SEE NEXT PAGE

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ____ PAGE 10 OF ____ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| Sep 21 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER SEPT 20, 1989 rw |
| Oct 20 | | MOTION TO INTERVENE AS A THIRD PARTY/PLAINTIFF(15+) James Edward Perry svc |
| | | BRIEF IN SUPPORT OF MOTION TO INTERVENE AND APPLICATION FOR TEMPORARY RESTRAINING ORDER(3) James Edward Perry svc |
| | | CERTIFICATE OF CONFERENCE(1) (intervenor-3rd party plnt svc |
| | | APPLICATION FOR TEMPORARY RESTRAINING ORDER (3) Intervenor/3rd party plnt sv |
| | | **TEMPORARY RESTRAINING ORDER**...All deft are restrained from disqualifying Tony Perry from participating in varsity athletics, bond waived. Deft shall appear on 10-26-89 at 9:00 am court will hear intervenor's request for a prliminary injunction(2) JB/svc<br>cc to cnsl by Jefferson Brim Plnt/intervenor/dkt 10-23-89 |
| )ct 31 | | ANSWER OF GARLAND INDEPENDENT SCHOOL DISTRICT TO APPLICATION FOR TEMPLORARY RESTRAINING ORDER AND INJUNCTION (deft) (5) klm |
| lov 8 | | DEFENDANT UNIVERSITY INTERSCHOLASTIC LEAGUE'S RESPONSE AND ANSWER TO JAMES PERRY'S MOTION TO INTERVENE(3) svc |
| Nov 13 | | LETTER from Judge Buchmeyer to Counsel of Record re: Letter rec'd from Juanita, 2nd Vice-President, Garland Branch, NAACP(15+) JB/svc |
| lov 17 * | | Received Deft Exhbs 1, 2, 3, 4; Received Respondent UIL's #2; Received Exhb "A" NOTICE OF SCHOOL DESEGREGATION PLAN UNDER TITLE VI...; Exhb "B" DISTRICT EXECUTIVE COMMITTEE; Exhb "C" 9-28-89 letter to Earl Luna from Bailey Marshall, University Interscholastic League, AFFIDAVIT of James Edward Perry; Received Int. #1 Senior High School Guide. ns |
| Nov 15* | | MINUTE ORDER...1:30 pm hearing on TRO ruling from the bench; motion denied Crt rpt Joe Belton(1) JB/svc |
| Dec 5 | | **ORDER**...In accordance with this Court's order of 12-19-88, the following H.S. Students are appointed as an ex-officio student member of the Multi-Ethnic Committee. Jo Sharp, Heath Kennell, Roxann Henry Elvia Flores, Everett Jackson, Vernal Lister, Stan Fong, Donna Trammel Maylynn Wilkerson, Manuel Garcia, Kimberly Polk Thao Phan(1) JB/svc<br>cc to cnsl 12-5-89/dkt 12-6-89 |
| Dec 7 | | **ORDER**...Courts order of 12-5-89 is amended as follows:<br>In accordance w/this courts order of 12-19-88, the following are appointed as regular members & as student ex-officio members of the Multi-Ethnic Committee as an advisory committee to the court:<br>Regular Members: Jo Sharp, Heath Kennell, Roxann Henry, Cash Birdwell, Sandi Driver, Elvia Flores, John D. Delgado, Tony Torres, Everett Jackson, Vernal Lister, Donna Trammel, Stan Fong<br>Student Ex-Officio Members: Maylynn Wilkerson, Manuel Garcia, Kimberly Polk Thao Phan(1)<br>cc to cnsl 12-7-89/dkt 12-8-89 JB/svc |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| USA | GARLAND INDEPENDENT SCHOOL DISTRICT | CA3-4100-R<br>PAGE 11 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1989**<br>Dec 18 | | QUATERLY REPORT TO JUDGE JERRY BUCHMEYER DECEMBER 20, 1989(15+) under seperate cover svc |
| **1990**<br>Apr 2 | | QUATERLY REPORT TO JUDGE JERRY BUCHMYER March 20, 1990(15+) under seperate cover svc |
| Apr 3 | | LETTER FROM Edward Cloutman, III submitting Polo Garza name for consideration at next appointment on the Mult-Ethnic Committee(2) svc |
| Apr 9 | | **ORDER**...Mr. Polo Garza is appointed as a regular member of the Multi-Ethnic Commettee(1) cc to cnsl/dkt 4-9-90 JB:svc |
| MAY 17 | | INTERVENOR JAMES PERRY'S MOTION TO NONSUIT (2) aw |
| May 22 | | **ORDER**...Intervenor's mot to nonsuit is granted; deft University Interscholastic league, Greeenville ISD superintendent, & Mesquite ISD superin are dismissed & parties bear their own costs(1) JB:svc cc to cnsl/dkt 5-22-90 |
| Jun 26 | | **ORDER**...Janea N. Wesley is appointed as a regular member of the Multi-Enthnic Committee(1) cc to cnsl 6-26-90/dkt 6-27-90 JB:svc |
| Jul 2 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER June 20, 1990 (15+) (under separate cover) (GISD) ns |
| Sep 20 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER(GISD) 15+ UNder seperate cover svc |
| | | LETTERS from Stan Fone & Heath Kennel(3) cc to cnsl 9-21-90 JBsvc |
| **1991**<br>Jan 22 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER December 20, 1990(15+) under seperate cover (GISD) svc |
| Jul 1 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER JUNE 20, 1991(15+) svc |
| Sep 23 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER Sept 20, 1991(15+) under separate cover svc |
| Sept 27 | | **ORDER**...Courts order of 12-5-89 is amended as follows: The following are appointed as regulas members & as student ex-officio members of the Multi Ethnic Committee Regular Members: Jesse A Ramon, Reverend Walter Wilson, James Miller, Minoru Tashima, Student Ex-Officio Members: Dung Tran, Allison Storey, Curtis Chappell, Norma Flores, Janae Wesley(1) cc to cnls/dkt 9-27-91 JB:svc |
| NOV 4 | | **MEMO TO COUNSEL OF RECORD**...attached is a copy of a 9/20/91 ltr received from the Multi-Ethnic Committee ..cnsl is to respond to the concerns expressed in this ltr by 11/25/91. Cpy to cnsl 11/4/91 Dkt. 11/7/91. JB/gj |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| USA | GARLAND INDEPENDENT SCHOOL DISTRICT | CA3-4100-R |
| | | PAGE 12 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| Dec 4 | | LETTER from Jefferson K. Brim, III requests leave of court to decline opportunity to respond to Set. 20 Multi-ethic Committee letter. Mr. Brim wishes his name stricken from the list of counsel of record. jr |
| **1992** | | |
| Feb 14 | | **ORDER**...following persons are appointed as regular members of the Multi-Ethnic Committee established in this case as an advisory committee to the Court, replacing members who have served 2 yrs or wo do not desire to be reappointed: H.K. "Buddy" Hall who replaces Jo Sharp; Scott Ethel who replaces Roxann Henry; Gloria Brown who replaces Heath Kennell; Douglas Turner who replaces Everett C. Jackson; Larry Polk who replaces Donna Trammel. The following, who are regular members of said Multi-Ethnic Committee who have served on 2 yr term & desire reappointment, are hereby reappointed as regular members of said Committee for a second yr. term: Tony Torres, Cash Birdwell. **(see order for addresses and phone numbers).** dkt'd 2-20-92 cys to Judge & cnsl 2-14-92 JB/bs |
| Feb 14 | | Letter Law Offices of Earl Luna to Judge Jerry Buchmeyer dated 2-13-92 re: GISD 's nominations for vacancies on Multi-Ethnic Committee. bs |
| Feb 21 | | **ORDER TO VACATE**...Court's Order of Feb 14, 1992, appointing members to the Multi-Ethnic Committee is hereby **VACATED**...parties has submitted nominees and qualifications to be considered for appointment by this Court. By Mar 6, 1992, <u>all parties</u> in this case shall meet and consider all the suggested nominations. By Mar 9, 1992, parties shall submit an agreed proposed list of nominations to this Court for consideration. The proposed nominations shall include those vacancies for which agreement could not be reached. dkt'd 2-24-92. cys dist to Judge & cnsl 2-21-92 **Letter fm Judge Buchmeyer to Cnsl of Record mailed with Order** JB/bs |
| Feb 21 Mar 17 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER on MARCH 20, 1992 (15+) (under separate cover) yb |
| Apr 22 | | DEFENDANT'S ANNUAL REPORT (7) yb |
| May 27 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER on December 20, 1991 (15+) yb |
| Jun 22 | | QUARTERLY REPORT TO JUDGE JERRY BUCHMEYER on June 20, 1992 (15+) jyb |
| Jul 31 | | **ORDER**...that the following persons are appointed as regular members of the Multi-Ethnic Committee established in this case as an advisory committee to the Court, replacing members who have served two 2-year terms or who do not desire to be reappointed: H.K. Hall, Gloria Brown, Ralph E. Ferguson, William F. Peace Donald L. Dunagin. Further two regular members have each served one 2-year term and have requested reappointment. Therefore, Tony Torres and Cash Birdwell are hereby, **reappointed.** dkt'd 8/5/92 cys to counsel on 8/4/92. (1) JB/jyb |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| UNITED STATES OF AMERICA | GARLAND INDEPENDENT SCHOOL DISTRICT | DOCKET NO. CA3-4100-R<br>PAGE 13 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| Sept 22 | | A second Year Status Report Pertaining to Assurances of Compliance w/Title VI of the 1964 Civil Rights Act by defendant (15+) Under Separate Cover jyb |
| Sept 22 | | Quarterly Report to Judge Jerry Buchmeyer, Sept. 20, 1992 by defendant. (15+) Under Separate Cover jyb |
| 12/2~~0/~~93 | | QUARTERLY REPORT TO JUDGE...GARLAND INDEPENDENT SCHOOL DISTRICT DR. JILL SHUGART, SUPERINTENDENT. (15+) Under seperate cover cle |
| 1/27/93 | | Letter to Judge Buchmeyer from Tony Torres, Chairperson of the Multi-Ethnic Committee,with cover letter, asking for response to letter to be filed within ten (10) days sak |
| 2/1/93 | | ORDER...Anjanette Fisher is appointed as an ex-officio student member to the MultiEthnic Committee (1) JB/cle<br>dkted 2/4/93 cc to cnsl 2/3/93 |
| MAR 16 | | QUARTERLY REPORT TO JUDGE BUCHMEYER, March 20, 1993 (15+) Under Seperate Cover svc |
| APR 14 | | LETTER From Judge Buchmeyer to Tony Torres, Multi-Ethnic Committe svc |
| APR 16 | | DEFENDANT'S ANNUAL REPORT...RISD svc |
| JUN 29 | | QUARTERLY REPORT OT JUDGE BUCHMEYER June 20, 1993(15+) Under Separate cover svc |
| SEP 20 | | QUARTERLY REPORT TO JUDGE BUCHMEYER September 20, 1993(15+) Under Separate Cover svc |
| DEC 8 | | ORDER...Mr. Jim Clarke is appointed to the Multi-Ethnic Committee, replacing Mr. William "Bill" Peace, as an anglo member, and Ms. Mary Vega O'Neal is appointed to the Multi-Ethnic Committee, replacing Mr. Polo Garza, as a hispanic member. Cys to cnsl 12/9/93 dkt'd 12/10/93 JB/dg |
| DEC 29 | | QUARTERLY REPORT December 20, 1993 Alsoreceived Organizational Information for Freedom of Choice of Schools Plan, Division of Administration, Garland ISD dg |
| **1994** | | |
| FEB 7 | | Letter dated 1/31/94 from atty Earl Luna to Judge Buchmeyer re current members of the Multi-Ethnic Committee (4) dg |
| MAR 14 | | QUARTERLY REPORT March 20, 1994 re status of the Freedom of Choice Plan (15+ under separate cover) dktd 3/16/94 dg |

SEE NEXT PAGE

: 111A
ev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| UNITED STATES OF AMERICA | GARLAND INDEPENDENT SCHOOL DISTRICT | DOCKET NO. CA3-4100-R<br>PAGE d4 PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1994 | | |
| 1AR 18 | | ORDER In accordance w/this Court's orders of 11/12/87 & 12/19/88, IT IS ORDERED that the following persons are appointed to the Multi-Ethnic Committee:<br>Mr. Chester Johnson, to replace Rev. Walter Wilson as a black member;<br>Mr. Alex Barrera, Sr., to replace Tony Torres as a hispanic member;<br>Mr. Rick Howard, to replace James Miller as an anglo member; and<br>Ms. Jean Ann Strange, to replace Cash Birdwell as an anglo member. In addition, it is ORDERED that the following students are appointed to the Multi-Ethnic Committee as ex-officio (non-voting) members:<br>Heather Norris (Anglo), Naaman Forest High School; Dao Soo ("Alex")(Oriental), North Garland High School; Quincy Turner (Black), South Garland High School; Jennifer Ellis (Anglo), Lakeview Centennial High School; and Kathy Martinez (Hispanic), Garland High School. (2) (Cys to counsel & appointees 3/22/94 Dktd 3/22/94) JB/dg |
| 'UNE 27 | | QUARTERLY REPORT by the Garland Independent School District (under separate cover) dg |
| PT 19 | | QUARTERLY REPORT by the Garland Independent School District (under separate cover) dg |
| EC 19 | | QUARTERLY REPORT by the GISD (under separate cover) dg |
| 1995 | | |
| FEB 13 | | LETTER of 2/6/95 to the Court from atty Earl Luna responding to the questions raised in the letter sent dated 1/10/95 w/attachments dg |
| MAR 15 | | QUARTERLY REPORT by the Garland Independent School District (under separate cover) dg |
| MAY 31 | | ORDERED that the following person is appointed to the Multi-Ethnic Committee: Mr. B. J. Williams, to replace Donald Dungin as an African American member...<br>Dist/dktd 6/6/95 JB/dg |
| JNE 20 | | QUARTERLY REPORT by the GISD (under separate cover) dg |
| PT 25 | | Quarterly report by the GISD (under separate cover) ln |
| 7 8 | | Letter to Dr. Shugart from Earl Luna re: Senate Bill 1. (2) |
| 996 | | |
| :b 12 | | Letter from Edward B Cloutman III to Mr Torres re: policy which addresses the number of Hispanic students in the GISD to be transported or to be allowed to attend bi-lingual/ESL programs. (2) |
| :ar 7 | | ORDER...that the following persons are appointed to the Multi-Ethnic Committee...Ms. Maria Diem Ngo, MR. Roman Palomares, Mr. Ken Davis. See order for specifics. JB/jb cps mld. |
| ) 29 | | Letter to Mr. Torres from Earl Luna re: agreemnt with the contents of Mr. Cloutman's letter. (2) |

SEE NEXT PAGE

111A
v. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| United States of America | Garland Independent School District | DOCKET NO. CA 3-4100- PAGE 15 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1996 | | |
| arch 22 | | Quarterly Report to Judge Jerry Buchmeyer. (15+)(USC) |
| pril 1 | | Letter to Mr. Torres from Judge Buchmeyer...re: response to letter of 3/13/96. (6) |
| ine 21 | | Letter and exhibits as the GISD's 37th Quarterly Report on the status of the Freedom of Choice Plan. (15+) |
| ul 2 | | Letter to Judge Buchmeyer from Jim Burns. (4) |
| Sept 9 | | Unopposed Mtn by Garland ISD to substitute counsel. (2) |
| pt 20 | | Quarterly Report of the GISD on the status of the plan. (15+)USC) |
| ec 20 | | Quarterly Report to Judge Buchmeyer December 20, 1996. (USC)(15+) |
| ec 20 | | Organizational Information for the Freedom of Choice of SChools Plan and the Garland ISD Desegregation Plan. (15+)(USC) |
| 1997 | | |
| an 24 | | ORDER...that the following persons are appointed to the Multi-Ethnic Committee.. Terri Dunn and Guy W. Hull III/..see order for specifics. eod 1/28/97 JB/jb cps mdl |
| rch 24 | | Quarterly Report to Judge Buchmeyer March 20, 1997. USC 15+ pages |
| ie 23 | | Quarterly Report of Judge Buchmeyer June 20, 1997. USC 15+ pgs. jb |
| ig 5 | | Letter to Judge Buchmeyer from Willie Finn. (2) |
| pt 22 | | Quarterly Report to Judge Buchmeyer dated Sept 20, 1997. (15+)(USC) |
| c 19 | | 43rd Quarterly Report on the status of the Freedom of Choice Plan. (15+)(USC) |
| 1998 | | |
| rch 24 | | Quarterly Report to Judge Buchmeyer-March 20, 1998. (15+)(USC) |
| May 8 | | Letter to Judge Buchmeyer from : Joyce Loveless Carpenter re: cheerleading tryouts. ((4) |
| ie 9 | | Letter to Dr Jill Shugart from B. J. Williams re: correspondenee from Ms Joyce Carpenter re: cheerleading tryouts. (5) |
| pt 18 | | Quarterly report to Judge Jerry Buchmeyer from Garland ISD (15+) (USC) |
| 30 | | Letter to Judge Buchmeyer from B.J. Williams of Garland Branch NAACP re: Executive Committee's review of Quarterly Report of 9/30/98 (2 pages) |

CIVIL DOCKET CONTINUATION SHEET 3:4100-R

PLAINTIFF | DEFENDANT | DOCKET NO. ____ PAGE 16 OF ____ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1998 | | |
| Dec 4 | | Organizational information for the Freedom of Choice of Schools Plan and the GISD Desegregation Plan (15+)(USC) djd |
| 1999 | | |
| Jan 4 | | Quarterly Report to Judge Jerry Buchmeyer - December 20, 1998 (15+)(USC) djd by Garland ISD |
| Mar 22 | | Quarter Report to Judge Jerry Buchmeyer - March 20, 1999 (15+)(USC) djd by Garland ISD |
| May 3 | | Agreed Order appointing Rev. Cleo Minor, Ms. Brenda Monk, Ms. Lupita Torres and Ms. Sylvia Valle to the Multi-Ethnic Committee to fill current vacancies; Copies mailed to counsel and to the following on 5/4/99: Rev. Cleo Minor, 3021 David Drive, Rowlett, TX 75088; Ms. Brenda Monk, 2426 Brookcrest Place, Garland, TX 75040; Ms. Lupita Torres, 1805 Trowbridge, Garland, TX 75041; Ms. Sylvia Valle, 2411 Rochdale Street, Garland, Texas 75040. Signed by: Judge Buchmeyer; (djd) |
| June 22 | | Quarterly Report to Judge Jerry Buchmeyer dated 6/20/99 from Garland ISD (15+)(USC) |
| Sept 20 | | Quarterly report to Judge Jerry Buchmeyer dated 9/20/99 from Garland ISD (15+)(USC) |
| Dec 20 | | Quarterly Report to Judge Jerry Buchmeyer dated 12/20/99 from Garland ISD (15+) (USC) djd |
| **2000** | | |
| **Mar 13** | | **Quarterly Report to Judge Jerry Buchmyer dated 03/10/00 from Garland ISD (15+)(USC)** |
| Jun 12 | | Agreed Order... It is ordered that the following persons are appointed t the Multi-Ethnic Committee to fill current vacancies effective upon the date of this order: Ms. Ethel Carter, Ms. Beth Dearing, Mr. Erasmo Guerrero (See order for specifics) signed by Judge Buchmeyer (2)(vdf) Copies to Counsel: 06/12/00 |
| Jun 22 | | Quarterly report to Judge Buchmeyer dated 06/20/00 from Garland ISD (15+) (USC) (vdf) |
| Aug 17 | | Motion to Modify Court Order (5) (vdf) |
| Aug 17 | | Letter from Tony Torres, President for the Garland Association for Hispanic Affairs re: the current order involving the GISD (1) (vdf) Copies to counsel: 08/18/00 |
| Aug 17 | | Letter from Tony Torres addressed to Ms Laverne Younger re: the Court Order of GISD (1) (vdf) Copies to Counsel: 08/18/00 |
| Aug 21 | | AGREED ORDER...granting defendant's Motion to Modify Curt Order. It is therefore ordered that paragraph two (2) of this Court's 07/14/87 Order be modified to read as follows: For the 200-01 school year, no school in the District except as specified below shall have an Anglo student population that is more than 20 percentage points....(See order for specifics) (3) (vdf) Copies to counsel: 08/21/00 |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| United States of America | Garland Independent School District | DOCKET NO 3:4100-R<br>PAGE 17 OF ____ PAGE |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **2000** | | |
| Sep 22 | | Quarterly Report to Judge Buchmeyer dated September 20, 2000 from GISD (15+/USC (vdf) |
| Nov 3 | | AGREED ORDER...It is ordered that Dr. Vu Hoang is appointed to the Multi-Ethnic Committee to fill current vacancies (Asian Member by Judge Buchmeyer (2) (vdf) copies to counsel 11/6/00 |
| Dec 19 | | QUARTERLY REPORT TO JUDGE BUCHMEYER dated December 20, 2000 from GISD (15+/USC) (vdf) |
| **2001** | | |
| Mar 23 | | Quarterly Report to Judge Buchmeyer dated March 20, 2001 from GISD (15+/USC) (vdf) |
| Jun 21 | | Quarterly Report to Judge Buchmeyer dated June 20, 2001 from GISD (15+/USC) |
| Sep 21 | | Quarterly Report to Judge Buchmeyer dated September 20, 2001 from GISD (15+/USC (jaw) |
| Oct. 30 | | AGREED ORDER... It is ordered that the following person is appointed to the Multi-Ethnic Committee to fill current vacancies: Grace Garza (Hispanic Member). (Signed by Judge Buchmeyer)(2)Copies to counsel 10/31/01 |
| Nov 7 | | Letter from office of Randel B. Gibbs re: update of service list. (1)(jaw) |
| Dec 20 | | Quarterly Report-December 20, 2001. (15+)(USC) |
| **2002** | | |
| Jan 30 | | AGREED ORDER... It is ordered that the following person is appointed to the Multi-ethnic Committee t fill current vacancies: Robert A. Yen (Asian Member). (Signed by Judge Buchmeyer) (2) Copies to counsel 1/31/02 (jaw) |
| May 3 | | AGREED ORDER....It is ordered that the following person is appointed to the Multi-ethnic Committee to fill current vacancies: Janice Furtick (Anglo member) (signed by Judge Buchmeyer) (2) dkt'd/dist'd 5/7/02 (cxb) |
| Jul 1 | | Quarterly Report - June 20, 2002. (15+)(USC) (jaw) |
| Sep 27 | | Quarterly Report - September 20, 2002. (15+) (USC) (aat) |
| **2003** | | |
| Jan 9 | | Quarterly Report - December 20, 2002. (15+)(USC) (jaw) |
| Feb 18 | | AGREED ORDER... It is ordered that the following persons are appointed to the Multi-ethnic Committee to fill current vacancies: Ms. Goldie Locke; Ms. Terri D. Dunn; Ms. Joan Leonard. (Signed by Judge Buchmeyer) (2) Copies to counsel 2/20, (jaw) |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| United States of America | TEA., et al | DOCKET NO. 3:70cv4 PAGE 18 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **2003** | | |
| JUL 25 | | AGREED ORDER... It is ordered that the following persons are appointed to the Multi-Ethnic Committee to fill current vacancies effective upon the date of thi Order: Ms. Felise D. Connor; Mr. Glen Mize. dkt/dist 7/25/03 JB:jaw |
| SEPT 4 | | Richardson ISD Semester Report: Fall Semester 2003. (5) jaw |
| **2004** | | |
| Apr 1 | | LETTER from Multi-Ethnic Committee to Judge re: decline in GISD's hiring of African American educators. (1) jaw |
| Jun 3 | | AGREED ORDER...the following persons are appointed to the Multi-Ethnic Committee to fill current vacancies effective upon the date of this order. Copies of orders shall be mailed to Cynthia A. Gonzalez & Juan Bazan. (copies mailed 6/4/04) JB/klm |
| **2006** | | |
| Mar 15 | | QUARTERLY REPORT TO JUDGE BUCHMEYER -- March 20, 2006 by GISD klm |
| Jun 26 | | QUARTERLY REPORT TO JUDGE BUCHMEYER -- June 20, 2006 by GISD klm |

3-241 00-K
Garland ISD

## Service List

(Updated 11/7/01)

Mr. Edward B. Cloutman, III
Attorney for Plaintiff/ Intervenor Garland Branch of the NAACP
3301 Elm Street
Dallas, TX 75226-1637

Mr. Randel B. Gibbs
Attorney for Defendant Garland ISD
Law Offices of Robert E. Luna
4411 North Central Expressway
Dallas, TX 75205
(214) 521-8000
(214) 521/1738 (fax)

Ms. Le Vern Younger
Attorney for Plaintiff United States of America
U.S. Department of Justice
601 D. N.W., Room 4106
Washington, D.C. 20638